IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| JOSELYN RAMOS, individually and on behalf of all others similarly situated, | |
| *Plaintiff*, | Case No.: 21-cv-03192 |
| v. | Honorable Sharon Johnson Coleman |
| PUMA NORTH AMERICA, INC., a Delaware corporation, | Honorable Young B. Kim |
| *Defendant*. | |

## JOINT STATUS REPORT

Pursuant to the Court's February 20, 2023 Minute Order (*see* dkt. 52), Plaintiff Joselyn Ramos ("Plaintiff") and Defendant PUMA North America, Inc. ("Defendant") (together, the "Parties") submit the following Joint Status Report to advise the Court whether the stay should be lifted. This case has been stayed since November 22, 2021, pending the Illinois Supreme Court's decisions *Tims v. Blackhorse Carriers*, No. 127801 (Ill.) and *Cothron v. White Castle Sys., Inc.*, No. 128004 (Ill.). Given that the Illinois Supreme Court has decided both *Tims*, 2023 IL 127801, and *Cothron*, 2023 IL 128004, the Parties agree the stay should be lifted.

The Parties have reached a class-wide settlement in principle and are working to negotiate and otherwise finalize a written class action settlement agreement. The Parties expect to finalize the agreement in the coming weeks, and Plaintiff expects to move for preliminary approval of the settlement shortly thereafter. As such, the Parties request that the Court set a deadline for the Parties to file a joint status report on or after March 27, 2023.

Respectfully submitted,

Dated: February 27, 2023

| PUMA NORTH AMERICA, INC. | JOSELYN RAMOS |
|---|---|
| By: /s/ *Gerald L. Maatman, Jr.* <br> One of Its Attorneys | By: /s/ *Schuyler Ufkes* <br> One of Plaintiff's Attorneys |
| Gerald L. Maatman, Jr. <br> gmaatman@duanemorris.com <br> Alex W. Karasik <br> awkarasik@duanemorris.com <br> DUANE MORRIS LLP <br> 190 South LaSalle Street <br> Suite 3700 <br> Chicago, Illinois 60603-3433 <br> Telephone: (312) 499-6700 <br> Facsimile: (312) 499-6701 | J. Eli Wade-Scott <br> ewadescott@edelson.com <br> Schuyler Ufkes <br> sufkes@edelson.com <br> EDELSON PC <br> 350 North LaSalle Street <br> 14th Floor <br> Chicago, Illinois 60654 <br> Tel: 312.589.6370 <br> Fax: 312.589.6378 |