IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN
DIVISION

| | |
|---|---|
| JOSELYN RAMOS, individually and on behalf of all others similarly situated, | |
| *Plaintiff*, | No. 21-cv-03192 |
| v. | Hon. Sharon Johnson Coleman |
| PUMA NORTH AMERICA, INC., a Delaware corporation, | |
| *Defendant*. | |

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE MEMORANDUM OF LAW IN EXCESS OF FIFTEEN PAGES, *INSTANTER***

Plaintiff Joselyn Ramos ("Plaintiff"), by and through her undersigned counsel, hereby respectfully requests that the Court enter an order granting her leave to file a Motion and Memorandum of Law in Support of Final Approval of Class Action Settlement ("Motion for Final Approval") in excess of the Court's fifteen (15) page limit, *instanter*. In support of her motion, Plaintiff states as follows:

1. Concurrently with this motion, Plaintiff has filed her Motion for Final Approval.

2. However, in order to adequately address (i) the factual and procedural posture of the case, (ii) the success of the Notice Plan, (iii) the benefits obtained for the Settlement Class, and (iv) a fulsome analysis of the factors under Rule 23(e)(2) and Seventh Circuit precedent to be considered in reviewing a class action settlement, Plaintiff's Motion for Final Approval is in excess of the Court's fifteen (15) page limit.

3. Specifically, Plaintiff's Motion for Final Approval includes a total of twenty-

three (23) pages of substance.

4. Prior to filing this motion, Plaintiff's counsel conferred with counsel for Defendant PUMA North America, Inc., and Defendant has no objection to the request.

5. Good cause exists to grant this motion and the relief requested herein is not sought for any improper purpose.

**WHEREFORE**, Plaintiff Joselyn Ramos respectfully requests that the Court enter an Order (i) granting her leave to file her Motion for Final Approval, the substance of which shall not exceed twenty-three (23) pages of substance, *instanter*, and (ii) providing such other and further relief as the Court deems reasonable and just.

Respectfully submitted,

**JOSELYN RAMOS**, individually and on behalf of a class of similarly situated individuals,

Dated: August 9, 2023

By: /s/ Schuyler Ufkes
*One of Plaintiff's attorneys*

J. Eli Wade-Scott
ewadescott@edelson.com
Schuyler Ufkes
sufkes@edelson.com
EDELSON PC
350 North LaSalle Street, 14th Floor
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

2