## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Joselyn Ramos

        Plaintiff,

v.                Case No.: 1:21−cv−03192
                Honorable Sharon Johnson Coleman

Puma North America, Inc.

        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 16, 2023:

   MINUTE entry before the Honorable Sharon Johnson Coleman: Final approval hearing held on 8/16/2023. Plaintiff's motion for attorneys' fees, expenses, and incentive award [66], unopposed motion for leave to file memorandum of law in excess of fifteen pages, instanter [67, 70], and motion of final approval of class action settlement [71] are all granted. Enter Order. Civil case terminated. Mailed notice. (ym)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.